# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129982

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID ALAN TOWER,
      Defendant-Appellant.

SC: 129982
COA: 265541
Genesee CC: 05-015565-FH

_____/

On order of the Court, the application for leave to appeal the November 2, 2005 order of the Court of Appeals is considered, and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the Court of Appeals order and REMAND to the Genesee Circuit Court for correction of the presentence investigation report. In all other respects, leave to appeal is denied.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk